IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Dale R. McAlpine and Margo
L. McAlpine,

        Plaintiffs,        1:12-cv-349-CL

                              **TEMPORARY RESTRAINING ORDER**

    v.

ONEWEST BANK FSB and
REGIONAL TRUSTEE SERVICES
CORPORATION,

        Defendants.

---

**PANNER, J.**

    I previously granted pro se plaintiffs an ex parte temporary restraining order to enjoin the foreclosure sale of their house. I scheduled a show cause hearing for March 14, 2012. On March 13, I granted plaintiffs' motion to continue and reset the show cause hearing for March 28. Defendants now move to continue the show cause hearing. I grant defendants' motion to continue the show cause hearing [#13]. Defendant agrees to waive the 14 day limit on temporary restraining orders. Defendants request a hearing in late April, which will allow defendants time to familiarize themselves with the case, respond to plaintiffs' motion, and

1 - ORDER

pursue potential resolutions. Due to a previously scheduled vacation, I will be unavailable to preside over a show cause hearing until May 15, 2012.

Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 249 Ewe Creek Road, Grants Pass, Oregon, from this day until May 15, 2012, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on May 15, 2012, in the James A. Redden Courthouse in Medford.

Defendants' response is due May 1. Any reply is due May 8.

IT IS SO ORDERED.

DATED this **27** day of March, 2012 at **9:00** a.m.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER